IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANITA GRANT, | ) | 4:08CV3250 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| HUGHES BROTHERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the court's Memorandum and Order filed this date,

FINAL JUDGMENT is entered in favor of Defendant and against Plaintiff, providing that Plaintiff shall take nothing as against Defendant, and Plaintiff's action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 56.

September 10, 2009.                    BY THE COURT:

*Richard G. Kopf*
United States District Judge

-1-